Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC  )
      Plaintiff,   vs.  )  Case No.: 5:10-CV-01752-WDK-FMO
VICTOR MANUEL VIRUENA, et al,  )
                ) **] RENEWAL OF JUDGMENT**
      Defendant,  )  **BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Joselito Borunda, an individual and d/b/a Santa Fe Restaurant, and Palma Azul Restaurants, an unknown business entity d/b/a Santa Fe Restaurant, entered on July 26, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 3,830.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal** *(add a and b)* | **$** | **3,830.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal** *(subtract d from c)* | **$** | **3,830.00** |
| f. | Interest after judgment(.18%) | $ | 68.39 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$** | **3,898.39** |

Dated: __June 25, 2021__    CLERK, by _Sharon HallBrown_
                                          Deputy

                                          Kiry A. Gray,
                                          Clerk of U.S. District Court

Renewal of Judgment